**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Madison Hotel Apartments, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | Madison Hotel Apartments LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0624972** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **13708 240th Ave SE** <br> **Issaquah, WA 98027** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **King** <br> County | **Location of principal assets, if different from principal place of business** <br> **1021 West 1st Avenue Spokane, WA 99201** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    http://properties.monroemadison.com/index.html

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership
   - ☐ Other. Specify: _____

Debtor  **Madison Hotel Apartments, LLC**  Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| District | Western District of Washington | 1/19/16 | 16-10205-CMA |
| District | Eastern District of Washington | 3/24/11 | 11-01441-FLK |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____

| Debtor | Madison Hotel Apartments, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3
Case 16-10973-TWD    Doc 1    Filed 02/26/16    Ent. 02/26/16 09:15:06    Pg. 3 of 11

| Debtor | Madison Hotel Apartments, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 26, 2016**
MM / DD / YYYY

**X** **/s/ Andrew Steve Elliott**                     **Andrew Steve Elliott**
Signature of authorized representative of debtor          Printed name

Title **Authorized Representative**

**18. Signature of attorney**

**X** **/s/ Matthew W. Anderson**                     Date **February 26, 2016**
Signature of attorney for debtor                                       MM / DD / YYYY

**Matthew W. Anderson**
Printed name

**Law Offices of Matthew W. Anderson, PLLC**
Firm name

**506 2nd Ave Ste 1400**
**Seattle, WA 98104**
Number, Street, City, State & ZIP Code

Contact phone **206-812-9570**     Email address **MAnderson@mwa-law.com**

**43045**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Madison Hotel Apartments, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Allied Fire & Security** 425 W 2nd Ave Spokane, WA 99201 | | | Unliquidated | | | $500.00 |
| **Baker Construction & Dlvpmt** 2711 East Sprague Ave Spokane, WA 99202 | | | Unliquidated | | | $3,400.00 |
| **Berreth, Smith & Associates** 521 N Argonne Rd Ste 101 Spokane, WA 99212 | | | Unliquidated | | | $48,449.85 |
| **City of Spokane** 808 W Spokane Falls Blvd Spokane, WA 99256 | | | Unliquidated | | | $90,407.00 |
| **City of Spokane** 808 W Spokane Falls Blvd Spokane, WA 99256 | | | Unliquidated | | | $8,179.73 |
| **City of Spokane** 808 W Spokane Falls Blvd Spokane, WA 99256 | | | Unliquidated | | | $774.37 |
| **Cornerstone Property Advisors** 1311 N Washington St Ste C Spokane, WA 99201 | | | Unliquidated | | | $2,148.00 |
| **Davidson Backman Medeiros PLLC** 601 W Riverside Ave Ste 1550 Spokane, WA 99201 | | | Unliquidated | | | $3,000.00 |

| Debtor | Madison Hotel Apartments, LLC | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DCT Controls, Inc.**<br>**PO Box 6303**<br>**Spokane, WA 99217** | | | **Unliquidated** | | | **$511.98** |
| **Drywall Specialties**<br>**4910 N Freya St**<br>**Spokane, WA 99217** | | | **Unliquidated** | | | **$3,467.54** |
| **Inland Empire Fire Protection**<br>**PO Box 40151**<br>**Spokane, WA 99220** | | | **Unliquidated** | | | **$108.70** |
| **Jim Kolva Associates**<br>**115 S Adams St**<br>**Spokane, WA 99201** | | | **Unliquidated** | | | **$5,500.00** |
| **Monroe Madison LLC**<br>**13708 240th Ave SE**<br>**Issaquah, WA 98027** | | | **Unliquidated** | | | **$9,800.00** |
| **Otis Elevator Company**<br>**PO Box 73579**<br>**Chicago, IL 60673** | | | **Unliquidated** | | | **$3,513.80** |
| **Parsons, Burnett, Bjordahl LLP**<br>**c/o Taudd Hume**<br>**505 W Riverside Ave Ste 500**<br>**Spokane, WA 99201** | | | **Unliquidated** | | | **$6,750.00** |
| **Reznick, LLD**<br>**21700 Oxnard St**<br>**Woodland Hills, CA 91367** | | | **Unliquidated** | | | **$3,500.00** |
| **Rubenstein's Contract Carpet**<br>**11303 E Montgomery Dr #3**<br>**Spokane, WA 99206** | | | **Unliquidated** | | | **$1,048.96** |
| **Servpro of Spokane Valley**<br>**PO Box 769**<br>**Liberty Lake, WA 99019** | | | **Unliquidated** | | | **$300.00** |

ALLIED FIRE & SECURITY
425 W 2ND AVE
SPOKANE, WA 99201


ANDREW STEVE ELLIOTT
5928 77TH AVE SE
MERCER ISLAND, WA 98040


ANN M WYMAN
5928 77TH AVE SE
MERCER ISLAND, WA 98040


AVISTA
1411 E MISSION AVE
SPOKANE, WA 99252


BAKER CONSTRUCTION & DLVPMT
2711 EAST SPRAGUE AVE
SPOKANE, WA 99202


BERRETH, SMITH & ASSOCIATES
521 N ARGONNE RD STE 101
SPOKANE, WA 99212


CASCADE REAL ESTATE SERVICES
C/O JAMES E. SCHAFF
7035 SW HAMPTON ST
PORTLAND, OR 97223


CITY OF SPOKANE
808 W SPOKANE FALLS BLVD
SPOKANE, WA 99256


CORNERSTONE PROPERTY ADVISORS
1311 N WASHINGTON ST STE C
SPOKANE, WA 99201


COZZETTO COIN LAUNDRY
319 W 3RD AVE
SPOKANE, WA 99201


DAVIDSON BACKMAN MEDEIROS PLLC
601 W RIVERSIDE AVE STE 1550
SPOKANE, WA 99201

DCT CONTROLS, INC.
PO BOX 6303
SPOKANE, WA 99217


DISCOUNT LUMBER & BUILDING SUP
C/O STAMPER RUBENS, PS
720 WEST BOONE STE 200
SPOKANE, WA 99201


DRYWALL SPECIALTIES
4910 N FREYA ST
SPOKANE, WA 99217


INLAND EMPIRE FIRE PROTECTION
PO BOX 40151
SPOKANE, WA 99220


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS
PO BOX 7346
PHILADELPHIA, PA 19101


JIM KOLVA ASSOCIATES
115 S ADAMS ST
SPOKANE, WA 99201


MILLER NASH GRAHAM & DUNN LLP
3400 US BANCORP TOWER
111 SW FIFTH AVENUE
PORTLAND, OR 97204


MONROE MADISON LLC
13708 240TH AVE SE
ISSAQUAH, WA 98027


OLSON, LOEFFLER & LANDIS, P.S.
C/O JOHN H. LOEFFLER
8414 NORTH WALL STE A
SPOKANE, WA 99208


OTIS ELEVATOR
PO BOX 73579
CHICAGO, IL 60673

```
OTIS ELEVATOR COMPANY
PO BOX 73579
CHICAGO, IL 60673


PARSONS, BURNETT, BJORDAHL LLP
C/O TAUDD HUME
505 W RIVERSIDE AVE STE 500
SPOKANE, WA 99201


PLATT ELECTRIC SUPPLY, INC.
C/O LEVY VON BECK & ASSOCIATES
600 UNIVERSITY ST STE 3300
SEATTLE, WA 98101


REZNICK, LLD
21700 OXNARD ST
WOODLAND HILLS, CA 91367


RUBENSTEIN'S CONTRACT CARPET
11303 E MONTGOMERY DR #3
SPOKANE, WA 99206


SERVPRO OF SPOKANE VALLEY
PO BOX 769
LIBERTY LAKE, WA 99019


SHERRILL D ELLIOTT
5928 77TH AVE SE
MERCER ISLAND, WA 98040


SPOKANE COUNTY HOUSING
312 WEST 8TH AVENUE
SPOKANE, WA 99204


SYSTEM ROOFING, INC.
1703 S KOREN ST
SPOKANE, WA 99212


TOUSLEY BRAIN STEPHENS PLLC
ATTN: CARL J. CARLSON
1700 7TH AVENUE STE 2122
SEATTLE, WA 98101
```

```
U.S. BANK NATIONAL ASSOCIATION
SPECIAL ASSETS GROUP
555 SW OAK STE 505
PORTLAND, OR 97204


U.S. BANK NATIONAL ASSOCIATION
ATTN: BRIAN A. SUMMERS
LM-CA-PFSA
9467 MILLIKEN AVENUE
RANCHO CUCAMONGA, CA 91730


US SECURITIES AND EXCHANGE COM
901 MARKET ST STE 470
SAN FRANCISCO, CA 94103


WA STATE DEPT OF LABOR & IND
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA, WA 98504


WASHINGTON EMPLOYMENT SECURITY
PO BOX 9046
OLYMPIA, WA 98507
```

In re  **Madison Hotel Apartments, LLC**                        Case No.
                                Debtor(s)                        Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Madison Hotel Apartments, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 26, 2016**                         **/s/ Matthew W. Anderson**
Date                                          **Matthew W. Anderson 43045**
                                              Signature of Attorney or Litigant
                                              Counsel for   **Madison Hotel Apartments, LLC**
                                              **Law Offices of Matthew W. Anderson, PLLC**
                                              **506 2nd Ave Ste 1400**
                                              **Seattle, WA 98104**
                                              **206-812-9570 Fax:888-293-0775**
                                              **MAnderson@mwa-law.com**